**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | Civil Action No.: 11-2046 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| JAY KUMAR PATEL | |
| Defendant. | |

This matter comes before the Court by way of a motion to strike the answer of Defendant Jay Kumar Patel ("Patel" or "Defendant") for violation of Federal Rules of Civil Procedure 16 and 37 and to enter default under Federal Rule of Civil Procedure 55(a). (CM/ECF No. 25). On October 23, 2012, Magistrate Judge Michael Hammer issued a Report and Recommendation that this Court grant plaintiff's motion. (CM/ECF No. 26). No objections have been filed thereto and the time to do so has expired. Having reviewed the Report and Recommendation, and for good cause shown,

**IT IS** on this 13 day of November, 2012,

**ORDERED** that this Court hereby ADOPTS Judge Hammer's October 23, 2012 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

1

**ORDERED** that Plaintiff's motion to strike Defendant's Answer and enter default against Defendant pursuant to Federal Rule of Civil Procedure 55(a) is hereby GRANTED.

**SO ORDERED.**

_____
Jose L. Linares
United States District Judge